

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00432-CV

**IN THE INTEREST OF Z.L.A.** and K.L.A.

From the County Court, Jim Wells County, Texas
Trial Court No. 17-01-56823-CV
Honorable Michael Ventura Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order terminating Appellant E.A.'s parental rights is AFFIRMED. No costs of appeal are assessed against Appellant E.A.

SIGNED November 28, 2018.

_____
Karen Angelini, Justice